NO 12-14-00139-CV

IN THE TWELFTH COURT OF APPEALS

TYLER, TEXAS

JOHN KEVIN GARDNER

APPELLANT

V.

JULIA ELAINE GARDNER

APPELLEE



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 28 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

APPELLANT MOTION FOR CHANGE OF VENUE

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, JOHN KEVIN GARDNER, Appellant would ask this court to grant a change of venue in this case.

Appellant John Kevin Gardner also asks this court to grant a change of venue.

The facts will show that (and can be confirmed by this courts own website)

1. This court refuses to dispose of this case in a timely manner.
2. Appellant believes that this court has acted out of the ordinary time frame in this case as compared to all other similar cases (according to released orders/opinions on this courts website)
3. This appeal was filed on 5-30-2014
4. This case (according to this courts own website) was "prescreened" on 1-6-2015 and was "ready to be set" on 12-22-2014.
5. All briefs (appellant and appellee) were filed with this court in a timely manner and filed prior to 12-23-2014
6. Appellant does not believe that he can receive a fair trial, order, or opinion in this case as long as this case is in Smith county Texas due to appellee's family ties and personal ties to law enforcement, judges, and other officials in Smith county Texas.
7. The appellee's step father (Jack Ferguson) was friends with multiple judges, law enforcement, and other officials in Smith county Texas due to his long history with the Texas D.P.S., Smith county sheriffs dept, and several political campaigns for offices in Smith county Texas.

I pray that this court will grant me relief and grant a change of venue.


Respectfully submitted,
John Kevin Gardner
4550 Hwy 31 west, Tyler Tx. 75709
903-521-4381

Certificate of service

As required by Texas rule of appellate procedure 6.3 and 9.5 (b), (d), (e), I certify that I have served this document on all other parties which are listed below on 11-12-2014 as follows:

1 Joe Thigpen

Attorney at law

110 North College

Suite 1401

Tyler Texas 75702

903-595-0998

903-595-1299 (fax)

By

☐ Personal delivery

☐ Mail

☐ Commercial delivery service

☒ Fax

_John Kevin Dancher_
Signature

_7-28-2015_
Date